No. 498. WALTER N. DIMMICK, PETITIONER, *v.* UNITED STATES. December 14, 1903. Petition for a writ of certiorari

to the United States Circuit Court of Appeals for the Ninth Circuit denied.  *Mr. George D. Collins* for the petitioner.